of Chapter 752 of the Laws of 1923. THE CITY OF NEW YORK. HELEN H. JANE-WAY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JULIAN GUMPERZ v. Dr. HERBERT HOFMANN.— Motion for leave to appeal to the Court of Appeals granted. [See 245 App. Div. 622.] ˙Motion for a reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Petition of JOHN McKINLAY WIGHT, One of the Administrators c. t. a. of the Estate of MARY G. BRESLIN, Deceased, for a Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of and for Instructions as Administrators c. t. a. of the Estate of MARY G. BRESLIN, Deceased. JOHN McKINLAY WIGHT. MAY M. LALOR, Executrix, etc., of WILLIAM MURRAY LALOR, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION v. PARKAL HOLDING CORP. and Others, Impleaded with MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK v. ISAAC T. FLATTO and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK v. ISAAC T. FLATTO and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

MINNIE BEST BERKEY v. THIRD AVENUE RAILWAY COMPANY. CHARLES P. BERKEY v. THIRD AVENUE RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

ALLAN D. KAYTON and Others v. FRED F. FRENCH INVESTING COMPANY, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MICHAEL ROUSE, Individually and as President, and JOSEPH GOLDSTEIN, Individually and as Treasurer of LOCAL UNION 379 OF THE INTERNATIONAL UNION OF STEAM AND OPERATING ENGINEERS, v. JOHN J. McDONALD, as Acting President and Vice-President of the INTERNATIONAL UNION OF STEAM AND OPERATING ENGINEERS, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of GIUSEPPE L. MAGGIO, Deceased. LOUIS MAGGIO. MARIA VANACORE MAGGIO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Conservator of the Property and Assets of UNION INDEMNITY COMPANY within the State of New York v. VINCENT ASTOR, Sometimes Known as WILLIAM